UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DONNELLE BLACKMAN,

      Plaintiff,                               Case No. 0:23-cv-60874-RAR

v.

QBE SPECIALTY INSURANCE COMPANY,

      Defendant.

_____

**NOTICE OF FILING**

The Defendant, QBE Specialty Insurance Company, pursuant to this Honorable Court's Order [DE 03], hereby files the documents filed in the action prior to removal:

- A. Civil Cover Sheet
- B. Complaint
- C. Plaintiff's Set of Interrogatories to Defendant
- D. Plaintiff's First Request for Production to Defendant
- E. Notice of Designation of E-Mail Addresses
- F. Clerk's Certificate of Compliance
- G. Summons
- H. Order Setting Case Management Conference to Set Trial Date

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing by using the CM/ECF system and copies shall be served via email upon all counsel of record.

*Donnelle Blackman v. QBE Specialty Insurance Company*
0:23-cv-60874-RAR
Page **2** of **2**

HINSHAW & CULBERTSON LLP

*/s/ Vicente I. Cortesi*
Vicente I. Cortesi
Florida Bar No. 1025099
2525 Ponce de Leon Blvd.
Fourth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
jmanzo@hinshawlaw.com
vcortesi@hinshawlaw.com
eriesgo@hinshawlaw.com
squade@hinshawlaw.com
*Attorney for QBE*