UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DONNELLE BLACKMAN,

       Plaintiff,                        Case No. 0:23-cv-60874-RAR

v.

QBE SPECIALTY INSURANCE COMPANY,

       Defendant.
_____/

### QBE'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Defendant, QBE Specialty Insurance Company ("QBE"), pursuant to Federal Rule of Civil Procedure 7.1, submits its Certificate of Interested Parties and Corporate Disclosure Statement.

### CERTIFICATE OF INTERESTED PARTIES

1. The following is a list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a) Donnelle Blackman – Plaintiff

    b) Tania M. Williams, Esq., Insurance Litigation Group, P.A. - Counsel for the Plaintiff

    c) ILG – Unknown Estimator for Plaintiff

    d) 911 Claims Corp. – Mitigation services for Plaintiff

    e) EMS Restoration – Mitigation services for Plaintiff

    f) QBE Specialty Insurance Company – Defendant

    g) QBE Insurance Group Limited – Parent company of Defendant

    h) Vicente I. Cortesi, Esq. and Joseph V. Manzo, Esq., and Hinshaw & Culbertson, LLP – Counsel for Defendant

**CORPORATE DISCLOSURE STATEMENT**

2. QBE Specialty Insurance Company is indirectly owned by QBE Holdings, Inc. QBE Insurance Group, Limited is the ultimate parent company of QBE Specialty Insurance Company. QBE Insurance Group, Limited is publicly traded on the Australian Securities Exchange (ASX). No other publicly held corporation owns 10% or more of its stock.

3. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

4. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

5. The name of each victim (individual or corporate), including every person who may be entitled to restitution

Donnelle Blackman.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Vicente I. Cortesi*
Vicente I. Cortesi
Florida Bar No. 1025099
Joseph V. Manzo
Florida Bar No. 52309
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
vcortesi@hinshawlaw.com
jmanzo@hinshawlaw.com
eriesgo@hinshawlaw.com
squade@hinshawlaw.com

1061629\313637371.v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will be sent by electronic mail to counsel for the Plaintiffs.

HINSHAW & CULBERTSON LLP

*/s/ Vicente I. Cortesi*

Vicente I. Cortesi
Florida Bar No. 1025099
Joseph V. Manzo
Florida Bar No. 52309
2525 Ponce de Leon Blvd.
Fourth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
vcortesi@hinshawlaw.com
jmanzo@hinshawlaw.com
eriesgo@hinshawlaw.com
squade@hinshawlaw.com
*Attorneys for QBE*

1061629\313637371.v1